IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:14-CV-00292-MR-DSC

| | |
|---|---|
| JENNIFER NICOLE FOSTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| AMANDA FISHER, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on "Jack Van Duncan's Motion to Dismiss for Failure to State a Claim…" (document #15) filed December 31, 2014 and the "Motion to Dismiss on behalf of Defendant Fisher" (document #18) filed January 9, 2015. These Motions were referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1).

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one (21) days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or, "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). The Rule further provides that "leave [to amend the pleadings] shall be freely given where justice so requires." Fed.R.Civ.P. 15(a).

Plaintiff filed her First Amended Complaint (document #22) on January 21, 2015. Therefore, she may amend her pleading as a matter of course under Rule 15(a)(1)(B).

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. Young v. City of Mount Ranier, 238 F. 3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect); Turner v. Kight, 192 F. Supp. 2d 391, 397 (D. Md. 2002) (denying as moot motion to dismiss original complaint on grounds that amended complaint superseded original complaint).

**IT IS HEREBY ORDERED** that:

1. "Jack Van Duncan's Motion to Dismiss for Failure to State a Claim…" (document #15) is administratively **DENIED** as moot without prejudice.

2. The "Motion to Dismiss on behalf of Defendant Fisher" (document #18) is administratively **DENIED** as moot without prejudice.

3. The Clerk is directed to send copies of this Order to the pro se Plaintiff, counsel for Defendants; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: January 22, 2015

David S. Cayer
United States Magistrate Judge