THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:14-cv-00292-MR-DSC

| | | |
|---|---|---|
| JENNIFER NICOLE FOSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| AMANDA FISHER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Reconsideration of Order Denying *Pro Se* Access to Electronic Filing [Doc. 21].

The Plaintiff seeks reconsideration of the Court's Order denying her access to electronic filing. Electronic filing is available only to attorneys who have been admitted to the Bar of this Court. Attorneys are required to take a course before utilizing the ECF system. These restrictions are necessary to ensure that the system is used in an appropriate manner. While the Court understands that the costs incurred in manual filing may be burdensome considering the Plaintiff's limited financial resources, such expenses are "simply unavoidable." Reid v. State of North Carolina, No.

3:09-cv-541-RJC-DCK, 2010 WL 890263, at *5 (W.D.N.C. Mar. 8, 2010) aff'd sub nom. Reid v. North Carolina, 382 F. App'x 258 (4th Cir. 2010).

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Reconsideration of Order Denying *Pro Se* Access to Electronic Filing [Doc. 21] is **DENIED**.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge