# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jennifer Nicole Foster**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiffs, | ) | 1:14-cv-00292-MR-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Amanda Fisher | ) | |
| John Doe | ) | |
| Jack Van Duncan | ) | |
| Calvin Hill**,** | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2016 Order.

March 9, 2016

_____
Frank G. Johns, Clerk
United States District Court